UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

CRIMINAL NO.  05-80955

Plaintiff,                                              HON. AVERN COHN

v.

VIO:    21 U.S.C. § 846
        21 U.S.C. § 848
D-1   TERRY LEE FLENORY, a.k.a.  "T,"                   21 U.S.C. § 841(a)(1)
      "Southwest T," "Paulie," "Randy Jerome Seville,"  21 U.S.C. §841(b)(1)(A)(ii)(II)
      "Terrence Welch," "Terry Lee Brown," &           21 U.S.C. §841(b)(1)(B)(ii)(II)
      "Terry Williams,"                                     21 U.S.C. § 843(b)
D-2   DEMETRIUS EDWARD FLENORY, a.k.a. "Meech,"         18 U.S.C. § 1956(h)
      "Rico Seville," "Aundrez Malik Carothers,"
      "Ricardo Santos," & "Ronald B. Ivory,"
D-3   NEIL JAMIL BAHURA,
D-4   ARNOLD EDWARD BOYD, JR., a.k.a. "A.R.,"
D-5   ROY CHRISTOPHER BRADDY, a.k.a. "Four," & "Chris,"
D-6   CLEVELAND EDWARD CATO, a.k.a. "Cuzo," &
      "Michael Damien Walker,"
D-7   ALVIN DEMMINGS, II,
D-8   BRIAN RONELL GARRETT, a.k.a. "White Boy,"
D-9   JABARI HAYES, a.k.a. "Kenneth Torry Collins,"
D-10  ROBERT SHAWN JAMES, a.k.a. "Wimp,"
D-11  BENJAMIN ANTHONY JOHNSON, a.k.a. "James Lee Belle,"
      "Jeff Wilson," "Marcus Page," "Blanko," & "Blank,"
D-12  CHAUNCEY MARCEL JOHNSON, a.k.a. "C Bear,"
D-13  STANLEY LEON LACKEY, JR., a.k.a. "Lucky," & "Demetres Parks,"
D-14  BRUCE ERNEST MARTIN, a.k.a. "Marcus Moore," & "B-Smooth,"
D-15  CHARLES THEODORE PARSON,
D-16  DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson,"
D-17  RENNEL MAURIS PITTS,
D-18  KARREAM HASAN SHEARD, a.k.a. "Hasan Sheard," & "Phillip Woodson,"
D-19  BENJAMIN HENRY SMITH, a.k.a. "Big Ben,"
D-20  CALVIN LEE SPARKS, a.k.a. "Playboy," "Play," & "Mad Ball,"
D-21  CHRISTOPHER DELON TRIPLETT, a.k.a. "Chris Dodson," "Pig Triplett," & "Pig,"
D-22  TONESA LYNETTE WELCH, a.k.a. "Tonesa Mills," & "Toni,"
D-23  GREGORY RAY WEST, a.k.a. "David Blackmon,"
D-24  HAROLD STANLEY WILCOX, a.k.a. "June,"
D-25  KIM VERNELL WILLIAMS, a.k.a. "Auntie Kim,"

1

D-26  JACOB ARABOV, a.k.a. "Jacob the Jeweler,"
D-27  ERIC WAYNE BIVENS, a.k.a. "E," & "Slim," "Louis Jackson,"
D-28  GWENDOLYN DESHAWN BROWEN, a.k.a.  "Luli," "Gwen," & "Girl Scout,"
D-29  CHAD E. BROWN, a.k.a. "J-Bo," "Rap," & "J-Beezy,"
D-30  PAUL SHELDON BUFORD, JR,
D-31  RONALD WAYNE CANYON,
D-32  CHARLES EDWARD FLENORY, a.k.a.  "Pops,"
D-33  NATHAN ASHLEY GLETON, a.k.a. "Old Man," & "Uncle Nate,"
D-34  WAYNE DARNELL JOYNER, a.k.a. "Way,"
D-35  MAURICE PIERRE-GORDON KING, a.k.a."Mo," & "Marcus Morrison,"
D-36  DAVID J. SOLOMON, JR., a.k.a. "Wetback," "White Boy," & "Mr. Banks,"
D-37  LARRY VAN STEELE,
D-38  RANDY STEELE, a.k.a. "Fresh," "Tig,"
D-39  WILLIAM RICHARD TURNER, a.k.a. "Big Way," "Antonio Crawford,"
D-40  DAVID WALKER, a.k.a. "Tho," "Throwback," & "Gene Mitchell," and
D-41  MARLON TERRELL WELCH, a.k.a "Lil Dog," "Chili," & "Justin Corey Massie,"

        Defendants.
_____/


## FORFEITURE BILL OF PARTICULARS

NOW COMES the United States of America, by and through STEPHEN J. MURPHY, United States Attorney and JULIE A. BECK, Assistant United States Attorney, and submits this Forfeiture Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to clarify Count 11 of the Indictment and to add additional assets subject to criminal forfeiture.

Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 981 (a)(1)(C), 18 U.S.C. § 982 and/or 28 U.S.C.  §2461, real and personal properties subject to forfeiture are (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; (b) any property involved in said violations, or any property traceable to such property; and (c) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, and include but are not limited to, the following asset:

**Real Property**

7001 S. La Cienega, Apt. 313, Los Angeles, California, more fully described as:

Parcel 1:

An undivided 1/54th interest in and to Lot 1, Tract No. 25277, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 1065 Pages 78 and 79 of Maps, in the office of the County Recorder of said County.
Except Therefrom Units 101 to 104; 201 to 219; 301 to 319 and PH6 through PH17 all inclusive, as shown and defined on a Condominium Plan recorded April 15, 1986 as Instrument No. 86-464328, Official Records.
Also Except Therefrom an exclusive easement for parking purposes over those portions shown and defined as areas 101P to 104P; 101P-1 to 104P-1; 201P to 21P; 201 P-A to 219P-1; 301P to 319P; 301 P-1 to 319 P-1; PH6p to PH17P and PH6P-1 to PH17P-1, all inclusive of said Condominium Plan.

Parcel 2:
Unit 213 as shown and defined on a Condominium Plan recorded April 15, 1986 as Instrument No. 86-464328, Official Records.

Parcel 3:
An exclusive easement for the benefit of and appurtenant to Parcels 1 and 2 above, for parking purposes over those portions shown and defined as Areas 313-P and 313P-1 said Condominium Plan.
Assessor's Parcel Number: 4103-013-055

3

Respectfully submitted,


STEPHEN J. MURPHY
United States Attorney

s/JULIE A. BECK
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9717
Julie.Beck@usdoj.gov
[P53291]

Dated: November 2, 2006

4