3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 05-80955

HONORABLE AVERN COHN

v.

D-26   JACOB ARABOV,
a.k.a. "Jacob the Jeweler,"

    Defendant.
_____/

### EIGHTH SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(18 U.S.C. § 1519- *Falsification of Records in a Federal Investigation*)

**D-26  JACOB ARABOV**

On or about July 13, 2005 through on or about June 13, 2006, in the Eastern District of Michigan and elsewhere, defendant JACOB ARABOV, did knowingly conceal, cover up, falsify and make a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Drug Enforcement Agency, the Internal Revenue Service and the United States Attorney's Office by falsifying documents and later submitting those documents to agents of the Drug Enforcement Administration and to the United States Attorney's Offices for the Southern District of Illinois and the Eastern District of Michigan during their investigation and administration of violations of federal criminal law charged in this matter, all in violation of Title 18 United States Code,

Section 1519.

## COUNT TWO

(18 U.S.C. § 1001(a)(2)- *False Statements to federal agents*)

**D-26   JACOB ARABOV**

On or about August 2, 2005 through July 13, 2006, in the Eastern District of Michigan, Southern Division, and elsewhere defendant **JACOB ARABOV** knowingly and willingly made a materially false, fictitious and fraudulent statement and representation to agents of the Drug Enforcement Administration and Assistant United States Attorneys in the Southern District of Illinois and the Eastern District of Michigan.   The federal agents were investigating the violations of federal criminal law charged in this matter, and defendant **JACOB ARABOV** intended to affirmatively mislead their investigation.

All in violation of Title 18, United States Code, Section 1001(a)(2).

STEPHEN J. MURPHY
United States Attorney

DAWN N. ISON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226

MICHAEL C. LEIBSON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Dated: 10/26/07

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: 05-80955 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Avern Cohn |
| [ ] Yes    [X] No | AUSA's Initials: |

Case Title: USA v.  **D-26  JACOB ARABOV**

County where offense occurred:  Wayne

Check One:        X Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no prior complaint.**
__ Indictment /_X_ Eighth Superseding Information-based upon prior Indictment [Case number: 05-08955]
____Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____    Judge: _____

☐  Original case was terminated; no additional charges or defendants.
☐  Corrects errors; no additional charges or defendants.
[ ]  Involves, for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                              **Charges**

FILED 07 OCT 26 PM 03 U.S. DIST. COURT EAST DIST. MI DETROIT-PSI

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 26, 2007
     Date

Dawn Ison
**Assistant United States Attorney**
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9567
E-Mail address:  dawn.ison@@@usdoj.gov
Attorney Bar #:  43111

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04