UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                Criminal No. 05-CR-80955

v.                                        Honorable AVERN COHN

D-33 NATHAN ASHLEY GLETON,

                Defendant.
_____/

**APPLICATION FOR ENTRY OF
FINAL ORDER OF FORFEITURE**

       The United States of America, by and through its attorneys, TERRENCE BERG, Acting United States Attorney for the Eastern District of Michigan and JULIE A. BECK, Assistant U.S. Attorney, hereby submits this Application for Entry of Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(b)(2) and (3) and 21 U.S.C. § 853:

       Whereas, the Court entered a Preliminary Order of Forfeiture on April 15, 2008;

       Whereas, the Preliminary Order of Forfeited was published for 30 consecutive days beginning on April 18, 2008 as required by Rule G(4)(a)(iv)(C). A Declaration of Publication was filed on June 5, 2008;

       Whereas, no claims have been filed by a third party;

       Whereas, the Preliminary Order of Forfeiture listed the following asset to be forfeited to the United States:

      6012 Edmund, Romulus, Michigan, described as:

      Lot(s) 18 of ROMULUS URBAN RENEWAL PLAT NO. 1 according to the plat thereof recorded in Liber 100 of Plats, page(s) 39 through 44 of Wayne County Records

      Tax I.D. Number: 800-130-200-18-000
      Titled in the name of Andrea Whitman

Whereas, the Government has moved to dismiss this asset from Count Eleven of the Fourth Superceding Indictment, as the Government no longer has an interest in forfeiting this real property;

Whereas, the Court retained jurisdiction to amend the Preliminary Order of Forfeiture;

Accordingly, the United States respectfully requests entry of the Final Order of Forfeiture.

      Respectfully submitted,

      TERRENCE BERG
      Acting United States Attorney


      s/Julie A. Beck
      JULIE A. BECK
      Assistant United States Attorney
      211 W. Fort Street, Suite 2001
      Detroit, MI 48226
      (313)-226-9717
      Julie.Beck@usdoj.gov
      [P53291]

Dated: 10/24/08

## *CERTIFICATION OF SERVICE*

I hereby certify that on October 24, 2008, paralegal Rachel Bastien electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

/s/ Julie A. Beck

Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(3l3) 226-9717
julie.beck@usdoj.gov
[Bar No. P-53291]